UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| TRUSTEES OF THE OPERATIVE PLASTERERS and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a 530 ANNUITY FUND, WELFARE FUND, APPRENTICESHIP TRAINING FUNDS and PENSION FUND and THE OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a 530 | Case No. 07-7954 (RMB) (DF) <br><br> **Rule 7.1 Statement** |

         Plaintiffs,

  -against-

CITY DECKS, INC.

         Defendant
_____

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **___Plaintiff___** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  None

| | |
|---|---|
| **Date**: September 4, 2007 | S/Danielle M. Carney <br> **Signature of Attorney** <br><br> **Attorney Bar Code**: DMC 7471 |

Rule7.1.form