# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF***
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG



3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3232

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2988

*[handwritten endorsement:] Rule 16 conference adjourned to 11/14/07 @ 9:30
SO ORDERED
Date: 9/25/07
Richard M. Berman, U.S.D.J.*

[Stamps: RECEIVED SEP 24 2007 RICHARD M. BERMAN; MEMO ENDORSED]

September 20, 2007

Hon. Richard M. Berman, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 21 D
New York, New York 10007-1312

Re:   Trustees of the Operative Plasterers' and Cement Masons' Int'l.
      Assoc. v. City Decks, Inc.
      07 CV 7954 (RMB)

Dear Hon. Berman:

An initial conference has been scheduled for this matter on November 1, 2007 at 9:30am.

The Plaintiff in the above referenced action is respectfully requesting an adjournment of the conference due to the fact that Plaintiff's counsel has a conflict on that date. This is the first request for an adjournment. The complaint was filed on September 11, 2007 and has been sent to a process server but the defendant has not been served as of today's date. Since the defendant has not responded to the complaint, we are unable to seek their consent with regard to this request.

Please consider the following dates, with a morning time in rescheduling the conference: November 5, 2007, November 14, 2007, November 15, 2007, November 19, 2007 and November 20, 2007.

Please contact me should you have any questions. Thank you for your cooperation with regard to this matter.

Sincerely,

Danielle M. Carney, Esq.
DMC:lc

cc: Fund Office

[Stamp:]
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-07