COUNTY OF
UNITED STATES DISTRICT COURT

*Trustees of the Operative Plasters and Cement Masons' International Association Local 262 f/k/a 530 Am*

vs

*City Decks, Inc.*

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVI**
**BY THE SECR**

_____ Stephen L. Collen _____ , being duly sworn, deposes and says: de the age of eighteen (18) years; that on _____ October 22, 2007 _____ , at _____ 11:00am of the Secretary of State of the State of New York in the City of Albany, New York, deponent serv _____ Summons in a Civil Action and Complaint, Rule 7.1 Statement (2), Judge's Rule and Magistrate's Rules

_____ City Decks, Inc. _____

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____ , Authorized A the Secretary of State of the State of New York, personally at the Office of the Secretary of State York, two (2) true copies thereof and that at the time of making such service, deponent paid said the statutory fee, if required. Service was made pursuant to Section _____ 306 Business Corporation L

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by
    ☐ 1st Class Mail and Certified Mail, # _____ , Return Receipt Requested on _____
    to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in t Secretary of State of the State of New York, duly authorized to accept such service on behalf of s Description of the person served:    Approx. Age: **47 years**    Approx. weight: **110 lbs.** Sex: **Female**    Color of skin: **White**    Color of hair: **Brown**    Other: _____

Sworn to before me on _____ October 22, 2007 _____