# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

\* Also Admitted in PA
\*\* Also Admitted in NJ
\*\*\* Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
\+ Also Admitted in MD

**VIA ECF**

November 8, 2007

Honorable Richard M. Berman, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, NY 10007-1312

Re: Operative Plasterers & Cement Masons Local 262 v. City Decks, Inc.
07-CV-7954 (RMB)

Dear Judge Berman:

An initial conference has been scheduled for this matter on November 14, 2007 at 9:30 a.m.

The Plaintiff in the above referenced action is respectfully requesting the cancellation of the conference due to the fact that the Defendant failed to answer the Complaint and/or contact Plaintiff in any manner. Accordingly, the Plaintiff would request in lieu of an appearance, to file a Motion to Default forthwith.

Thank you for your cooperation in this matter.

Contact me should you have any questions.

Sincererly,

Danielle M. Carney, Esq.

DMC:jp

cc: Fund Office
City Decks, Inc. (via UPS)