UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Berman J*

| | |
|---|---|
| TRUSTEES OF THE OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY FUND, WELFARE FUND, APPRENTICESHIP TRAINING FUND and PENSION FUND and OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a LOCAL 530<br><br>Plaintiffs,<br><br>-against-<br><br>CITY DECKS, INC.<br><br>Defendant. | 07-CV-7954 (Berman)<br><br>**ORDER TO SHOW CAUSE**<br>**FOR DEFAULT JUDGMENT** |

BERMAN, D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held in room __21-D__ on the __29th__ day of __January__, 2008 at __2__ o'clock p.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant, CITY DECKS, INC., on or before the __15th__ day of __January__, 2008.

Respondent is advised that if there is no response, a default judgment will be entered and the Respondent will not be entitled to a trial.

SO ORDERED

Dated: January 8, 2008

_____
HON. RICHARD M. BERMAN, U.S.D.J.