*Courtesy Copy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY FUND, WELFARE FUND, APPRENTICESHIP TRAINING FUND and PENSION FUND and OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a LOCAL 530, Plaintiffs, -against- CITY DECKS, INC. Defendant. | 07-CV-7954 (Berman) <br><br> **DEFAULT JUDGMENT** |

[RECEIVED JAN 07 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1-29-08]

This action having been commenced on September 11, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, **City Decks, Inc.** on October 22, 2007, and a Proof of Service having been filed on October 29, 2007, and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired, it is,

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff has judgment against defendant in the amount of **$1,400.00** for attorney's fees plus costs and disbursements of this action in the sum of **$455.00** for a total sum of **$1,855.00**.

**ORDERED,** that the Plaintiffs have an injunction against the Defendant requiring the Employer to permit and cooperate in an audit for the effective period of October 1, 2005 to date.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: 1/29/08

SO ORDERED:

_____
Honorable Richard M. Berman U.S.D.J.


This document was entered on the docket on:

_____


Judgment Entered:

_____
Clerk


By: _____
   Deputy Clerk